# UNITED STATES DISTRICT COURT

## for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Anthony Shennard Lewis                    Docket No. 4:00-CR-47-1H

### Petition for Action on Supervised Release

COMES NOW Dennis E. Albertson, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Shennard Lewis, who, upon an earlier plea of guilty to Possession With Intent to Distribute More than 50 Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 21, 2001, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1.    The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2.    The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3.    While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

4.    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

On May 4, 2005, the term of imprisonment was reduced to 120 months pursuant to a motion for downward departure. Pursuant to a motion by the defendant under 18 U.S.C. § 3582(c)(2), the term of imprisonment was further reduced by the court to 97 months on May 16, 2008. Anthony Shennard Lewis was released from custody on May 23, 2008, at which time the term of supervised release commenced.

Based on a March 23, 2009, citation for Driving While License Revoked, Lewis was sanctioned by the court via waiver on April 14, 2009, with 24 hours community service. On February 14, 2011, supervision was modified to convert a 5 day DROPS sanction into a 30 day term of home confinement with electronic monitoring. This sanction was in response to a December 2, 2010, positive urinalysis for marijuana. Lewis was again sanctioned by the court on May17, 2011, with 40 hours of community service, based on an April 4, 2011, positive for marijuana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** A urine specimen obtained from the offender on May 8, 2012, field tested positive for marijuana and same was admitted. Lewis advised he took a puff off a marijuana cigarette provided by a coworker after work on May 5, 2012. Lewis had just successfully completed 12 months in the Surprise Urinalysis Program and had also completed an outpatient treatment program at Port Human Services.

Considering the passage of 12 months since the offender's last positive for marijuana and his regular employment as a licensed Barber with two jobs, it is recommended Lewis be continued on supervision and sanctioned with 40 additional hours of community service. The offender has been placed back in the Surprise Urinalysis Program and referred to Port Services for an updated substance abuse assessment and participation in treatment as deemed appropriate. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 40 additional hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dennis E. Albertson
Dennis E. Albertson
Senior U.S. Probation Officer
413 Middle Street, Room 304
New Bern, NC 28560-4930
Phone: (252) 638-4944
Executed On: June 20, 2012

**ORDER OF COURT**

Considered and ordered this 20th day of June, 2011, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge